STATE OF CONNECTICUT *v.* MATTHEW BOSEMAN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 87 Conn. App. 9 (AC 24061), is denied.

*John A. East III,* senior assistant state's attorney, in support of the petition.

Decided January 27, 2005